# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| BRADLEY HERTZ, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:17-cv-02202-GLR ) ) |
| MONOGRAM RESIDENTIAL TRUST, INC., MARK T. ALFIERI, DAVID D. FITCH, TAMMY K. JONES, JONATHAN L. KEMPNER, W. BENJAMIN MORELAND, E. ALAN PATTON, and TIMOTHY J. PIRE, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Bradley Hertz ("Plaintiff") voluntarily dismisses the captioned action (the "Action") without prejudice as to Plaintiff, and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 27, 2017          LEVI & KORSINSKY, LLP

/s/ Donald J. Enright
Donald J. Enright
LEVI & KORSINSKY, LLP
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Telephone:   (202) 524-4292
Facsimile:   (202) 333-2121
Email: denright@zlk.com
*Attorneys for Plaintiff*

APPROVED THIS 29th DAY OF NOV 20 17

_/s/ George L. Russell_
GEORGE L. RUSSELL, III, U.S.D.J.

1